**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL RODRIGUEZ, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, Deputy THOMAS MAESE #453084 individually and as a peace officer, DEPUTY NICHOLAS SALDIVAR #478144, individually and as a peace officer, DOES 1-10, <br><br> Defendants. | Case No. CV-12-08622-DMG (AGRx) <br><br> **ORDER RE STIPULATION TO DISMISS WITH PREJUDICE ENTIRE ACTION [74]** |

-1-

**ORDER RE STIPULATION TO DISMISS WITH PREJUDICE ENTIRE ACTION**

GOOD CAUSE HAVING BEEN SHOWN:

IT IS HEREBY ORDERED that the above-captioned action is dismissed in its entirety as to all Defendants with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). All parties waive any right to seek any costs and attorney's fees.

IT IS SO ORDERED.

DATED:  December 12, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

**ORDER RE STIPULATION TO DISMISS WITH PREJUDICE ENTIRE ACTION**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**